■ MARTIN R. KOENIG, as President of the Civil Service Employees Association, Inc., Monroe Chapter, et al., Appellants, v LUCIEN A. MORIN, as County Manager of the County of Monroe, et al., Respondents.—Appeal unanimously dismissed, without costs, as moot. (Appeal from order of

Monroe Supreme Court—dismiss complaint.) Present—Marsh, P. J., Moule, Dillon, Goldman and Witmer, JJ.